911 A.2d 503

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**June M. ROBY–SPENCER, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 24, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2006, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following:

Whether the Superior Court erred in failing to evaluate the agreement to move for petitioner's admission into the ARD program as a specific performance of a contract type of action (non-prosecution agreement) and to decide the matter pursuant to the analysis set forth in *Commonwealth v. Stipetich,* 423 Pa.Super. 427, 621 A.2d 606 (1993), and *Commonwealth v. Ginn,* 402 Pa.Super. 405, 587 A.2d 314 (1991).